# MICHAEL H. SCHWARTZ, P.C.
## ATTORNEYS AT LAW

### ONE WATER STREET
### WHITE PLAINS, NEW YORK 10601

**awww.NYLegalHelp.com**

TELEPHONE: 914 997-0071
FAX: 914 997-0536

EMAIL: michael@NYLegalHelp.com

February 17, 2026

Hon. David S. Jones, USBJ
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: Frederick G. Hill
Case No: 25-22114

Loss Mitigation Status
Conference: 02/25/2026

Dear Hon. Judge Jones:

This letter is the debtor's status report on the Loss Mitigation.

The debtor was approved for a loan modification. The first payment was due by January 31, 2026.

The issue is that the new loan amount:

1) does not match the amount owed in the Proof of Claim; and
2) does not take into account the 11 payments made post-petition.

The difference is an <u>INCREASE of $43,264.00 in the loan amount</u>.

I had and have communicated with counsel numerous times without success.

On January 29, 2026, I sent the servicer a Notice of Error under 12 CFR Section 1024.35 of Regulation X of the Mortgage Servicing Act under RESPA. Specifically listed were FIVE violations of 12 CFR 1024.35.

That statute also requires acknowledgment of receipt of the Notice of Error within 5 days.

As of February 17, 2026, no acknowledgment was received.

On February 17, 2026, I sent the servicer the attached SIXTH Notice of Error.

Very truly yours,

Michael H. Schwartz

MHS/ar

cc. Asha Shravah, Esq.

## MICHAEL H. SCHWARTZ, P.C.
### ATTORNEYS AT LAW

Main Office:

ONE BARKER AVENUE
WHITE PLAINS, NEW YORK 10601

www.NYLegalHelp.com

—

TELEPHONE: 914 997-0071                                EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

February 17, 2026


Selene Finance, LP
Attn: Customer Service Research
Request for Information
P.O. Box 8279
Philadelphia, PA 19101-8279


Re: Frederick Hill
    Property address: 561 W Nyack Road
    West Nyack, NY 10994

    Loan number ending in 4711

Dear Sir/Madam:

## Re: SIXTH Notice of Error under 12 CFR Section 1024.35

Please consider this letter to constitute your SIXTH Notice of Error under 12 CFR Section 1024.35 of Regulation X of the Mortgage Servicing Act under RESPA. Regulation X.

These amendments implemented the provisions of the Dodd-Frank Wall Street Reform and Consumer Protection Act regarding mortgage loan servicing.

On January 29, 2026, I sent you a Notice of FIVE Errors under 12 CFR Section 1024.35.

You have FAILED to acknowledge receipt of the Notice within five business days.

This is now your SIXTH Notice of Error.


**Original FIVE Notices of Error:**

**<u>Under Section 1024.35(b) of Amended Regulation X, the term "error" means the following categories of covered errors which apply to the servicing of this loan</u>**:

(2) Failure to apply an accepted payment to principal, interest, escrow, or other charges under the terms of the mortgage loan and applicable law.

(3) Failure to credit a payment to a borrower's mortgage loan account as of the date of receipt, in violation of the prompt crediting provisions in 12 CFR 1026.36(c)(1).

(4) Failure to pay taxes, insurance premiums, or other charges, including charges that the consumer has voluntarily agreed that the servicer should collect and pay, in a timely manner as required by the escrow provisions of § 1024.34(a), or to refund an escrow account balance as required by § 1024.34(b).

(5) Imposition of a fee or charge that the servicer lacks a reasonable basis to impose upon the consumer, which includes, for example, a late fee for a payment that was not late, a charge you imposed for a service that was not provided, a default property-management fee for consumers who are not in a delinquency status that would justify the charge, or a charge for force-placed insurance provisions.

(6) Failure to provide an accurate payoff balance amount upon a borrower's request pursuant to 12 CFR 1026.36(c)(3).

Very truly yours,

Michael H. Schwartz

MHS/me

c. Asha Shravah via email: ashravah@raslg.com

MICHAEL H. SCHWARTZ, P.C.
ATTORNEYS AT LAW

ONE WATER STREET
WHITE PLAINS, NEW YORK 10601

 

quadient

FIRST-CLASS MAIL
IMI
$000.74 ⁰
ZIP 10601
044K33230995

US POSTAGE

Selene Finance, LP
Attn: Customer Service Research
Request for Information
P.O. Box 8279
Philadelphia, PA 19101-8279